UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOMMY F. ADAMS,<br><br>                                   Plaintiff,<br><br>-against-<br><br>LEGENDARY MARKETING; DIR. HUMAN RESOURCES, Legendary Marketing,<br><br>                                Defendants. | 1:23-CV-6167 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated October 3, 2023, the Court granted Plaintiff leave to file an amended complaint within 60 days. That order specified that failure to comply would result in dismissal of this action for the reasons set forth in that order. Plaintiff has not filed an amended complaint. Accordingly, the Court dismisses this action for the reasons set forth in the Court's October 3, 2023 order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court enter a judgment dismissing this action for the reasons set forth in the Court's October 3, 2023 order.

SO ORDERED.

Dated:   January 3, 2024
           New York, New York

                                                       /s/ Laura Taylor Swain
                                                         LAURA TAYLOR SWAIN
                                               Chief United States District Judge